IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LUIS SANORA,**

**Defendant.**                                                     **No. 07-30136-DRH**

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Sanora's Motion for Contact Visit (Doc. 564).  Defendant states that he is currently incarcerated in the Perry County Jail and has not had a visit with his wife or 11 month old son as they both live out of state.  Defendant requests permission to have a contact visit with his wife and son as his son is scheduled to undergo cleft palate surgery on November 19, 2010.  The Government does not object to the motion.  Based on the reasons stated in the motion, the Court **GRANTS** Defendant Sanora's motion for contact visit (Doc. 564) **IN PART** and to the extent that the facility that houses Sanora can make arrangements to carry out a contact visit with Defendant's wife and child in such a way as to maintain a safe and secure environment for the protection of officers and other inmates in said facility.  If, in the judgment of the custodians of said facility, a contact visit cannot be accomplished in such a way to maintain safety and security,

then they have the authority to deny such a visit.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2010.

David R. Herndon
2010.10.29 08:09:16
-05'00'

**Chief Judge**
**United States District Court**